1  BENJAMIN B. WAGNER
   United States Attorney
2  MIA A. GIACOMAZZI
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
        United States of America

7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | 1:14-CR-00186-LJO |
   |---|---|
12 | Plaintiff, | **FINAL ORDER OF FORFEITURE** |
13 | v. | |
14 | BERNARDINA PABLO, | |
15 | Defendant, | |

16

17    WHEREAS, on December 10, 2014, this Court entered a Preliminary Order of

18 Forfeiture pursuant to the provisions of 18 U.S.C. § 982(a)(6)(A)(ii)(II), based upon the

19 plea agreement entered into between plaintiff and defendant Bernardina Pablo

20 forfeiting to the United States the following property:

21          a. HP 200 Laptop Computer NS: 00196-257362294;

22          b. GBC Laminator;

23          c. GX-6750 Brother Electronic Typewriter;

24          d. Eight cell phones; and

25          e. Two scanner/printers.

26    AND WHEREAS, Beginning December 12, 2014, for at least 30 consecutive

27 days, the United States published notice of the Court's Order of Forfeiture on the

28

Final Order of Forfeiture                    1

official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 982(a)(6)(A)(ii)(II), to be disposed of according to law, including all right, title, and interest of Bernardina Pablo.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The Department of Homeland Security, Immigration Customs Enforcement or Customs and Border Protection shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated: **April 20, 2015**          **/s/ Lawrence J. O'Neill**
                                   UNITED STATES DISTRICT JUDGE